IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STATE OF NORTH CAROLINA § <br> Plaintiff-Respondent § <br> § <br> v. § <br> § <br> § <br> Durand-Marquis: Stanback § <br> Defendant-Petitioner § | Case No. 3:25-CV-557-FDW |

**NOTICE OF REMOVAL**

(TRAFFIC VIOLATION REMOVAL UNDER 28 U.S.C. § 1442)

NOW COMES Durand-Marquis: Stanback, by special appearance and without waiver of rights, and hereby removes the above-captioned traffic matter from the District Court of Cabarrus County, North Carolina to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1442(a)(1), and in support thereof respectfully states as follows:

**I. NATURE OF REMOVAL**

1. The Removing Party is named as the defendant in North Carolina Uniform Citation No. 86J1037, issued on or about July 2, 2025, in Cabarrus County, charging alleged violations of state motor vehicle statutes, specifically:

    o Operating a motor vehicle without liability insurance (N.C.G.S. § 20-313);

- Displaying a fictitious registration plate (N.C.G.S. § 20-111(2));

- Operating a motor vehicle while license revoked (N.C.G.S. § 20-28(a)).

2. The Removing Party has not yet appeared in the state court or filed any responsive pleadings therein. This removal is made pre-appearance and pre-arraignment, and is therefore timely under 28 U.S.C. § 1446(b).

## II. GROUNDS FOR FEDERAL REMOVAL

3. This action is removable under 28 U.S.C. § 1442(a)(1), which authorizes removal of a criminal prosecution commenced in a state court against a person who is acting under, or asserting, authority derived from the Constitution, laws, or treaties of the United States.

4. The Removing Party asserts a colorable federal defense, including but not limited to:

- The right to contract and not be compelled into performance under statutory obligations without consent;

- Denial of due process under the Fifth and Fourteenth Amendments;

6. The traffic citations operate under color of law without verified cause or contract and seek to impose statutory liability absent mutual consent, resulting in a clear federal question regarding due process, compelled jurisdiction, and abuse of administrative process.

7. These matters invoke substantial federal questions, including the scope of individual liberty, due process protections, compelled jurisdiction, and misuse of administrative process under federal civil rights doctrines and constitutional guarantees.

### III. VENUE AND JURISDICTION

7. Venue is proper in this Court under 28 U.S.C. § 1441(a) and § 1442, as Cabarrus County lies within the jurisdiction of the Western District of North Carolina, Charlotte Division.

### IV. NOTICE TO STATE COURT AND OPPOSING COUNSEL

8. Upon filing this Notice, the Removing Party will serve copies upon the Clerk of Court for Cabarrus County and the prosecuting agency, thereby satisfying the requirements of 28 U.S.C. § 1446(d).

- Freedom from compelled association under the First Amendment;

- Lack of a verified injured party or sworn affidavit of damage or harm;

- The overreach of administrative enforcement into protected private activity.

5. The Removing Party's federal defense is grounded in his intent to submit a series of foundational affidavits directly to this Court, including:

- Affidavit of Reservation of Rights

- Notice of Special Appearance

- Writ in the Nature of Quo Warranto

- Writ in the Nature of Discovery

These affidavits have not been filed in the state court, as the Removing Party has chosen to assert his constitutional rights and federal protections solely within this Court under 28 U.S.C. § 1442. These documents will be made available to the Court upon request or upon acceptance of jurisdiction, and form the factual basis of the Removing Party's assertion that the prosecution is unauthorized, unsupported by a verified injured party, and violative of rights protected under the First, Fifth, Ninth, and Fourteenth Amendments.

## V. REQUEST FOR RELIEF

WHEREFORE, the Removing Party respectfully requests that this Court:

- Docket this removal and assume full jurisdiction under 28 U.S.C. § 1442;

- Issue notice to the Cabarrus County court staying any proceedings therein;

- Recognize that federal review is appropriate due to constitutional and procedural violations manifest in the state action;

- Grant any other relief deemed just and proper.

## VERIFICATION

I, Durand-Marquis: Stanback, certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of July, 2025.

Durand-Marquis: Stanback

Removing Party, sui juris

1530 KINGSTON DR.

KANNAPOLIS, NC 28083

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Verified Notice of Removal was served via Certified Mail, Return Receipt Requested, upon the following:

1. Cabarrus County Clerk of Court

    61 Union Street South

    Concord, NC 28025

2. Cabarrus County District Attorney's Office Ashlie Shanley

    PO BOX 70

    CONCORD, NC 28026

Dated this 26th day of July, 2025.